```
LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. FLETCHER,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELI LILLY AND COMPANY<br><br>    Defendants. | Case No. C 06 1708 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>and ORDER<br><br>**HON. MARTIN J. JENKINS** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 18, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**

                                         _____
                                         Emily Charley
                                         Attorneys for Plaintiff

5/15/2006

**IT IS SO ORDERED**
/s/ Martin J. Jenkins
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA