


JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1596**

MAY 26 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Wesley Kirby v. Eli Lilly & Co.*, N.D. California, C.A. No. 3:06-1387 MJJ
*Gerald L. Fletcher v. Eli Lilly & Co.*, N.D. California, C.A. No. 3:06-1708 MJJ

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions *(Kirby* and *Fletcher)* on May 1, 2006. The Panel has now been advised that *Kirby* and *Fletcher* were dismissed in the Northern District of California by the Honorable Martin J. Jenkins in separate orders filed on May 15, 2006, in *Fletcher* and May 16, 2006, in *Kirby*.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-49" filed on May 1, 2006, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel